IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON WALKER,

       Plaintiff,

v.                                     CASE NO. 1:13-cv-59-MW/GRJ

MICHAEL SCHENTRUP, et al.,

       Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Order and Report and Recommendation, ECF No.32, filed March 17, 2014. No objection has been filed by Plaintiff to ECF No. 32. Upon consideration

IT IS ORDERED:

The report and recommendation, ECF No. 32, is **accepted and adopted** as the Court's opinion. Defendant Schentrup's Motion to dismiss, ECF No. 25, is **denied as moot** inasmuch as Plaintiff was granted leave to amend his complaint to sue in his personal capacity, not as a trustee, in the Magistrates Order of March 17, 2014. ECF No. 32. Defendant Urra's Motion to Dismiss, ECF No. 28, is

**granted.**  Plaintiff's claims against Defendant Urra are **dismissed with prejudice** for failure to state a claim.

Inasmuch as ECF No. 29, the original Report and Recommendation, is superseded by the Order and Report and Recommendation dated March 17, 2014, ECF No. 32, the original Report and Recommendation, ECF No. 29, **is termed as moot**.  Plaintiff's Motion to Amend (Third) Complaint, ECF No. 31, is **granted** in that Plaintiff has been permitted to file a Fourth Amended Complaint so that he can file in his personal capacity and, if necessary, cite authority on which he relies, ECF No. 32, and thus ECF NO. 31 shall also be termed.

**SO ORDERED on April 7, 2014.**

s/Mark E. Walker              
**United States District Judge**