IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON WALKER,**

    **Plaintiff,**

**v.**                                                    **CASE NO.  1:13cv59-MW/GRJ**

**MICHAEL SCHENTRUP,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

    This Court has considered the Magistrate's Report and Recommendation, ECF No.41, filed May 28, 2014.  This Court finds Plaintiff has failed to keep the Clerk advised of his address as evidenced by returned mail.  The most recent address supplied by Plaintiff has been "General Post Office, General Delivery, Gainesville, FL."  Upon consideration, no objections having been filed by Plaintiff,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED with**

1

**prejudice** for Plaintiff's failure to comply with court orders and failure to prosecute."   The Clerk shall close the file.

    **SO ORDERED on June 26, 2014.**

                                             <u>s/Mark E. Walker</u>
                                             **United States District Judge**